1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10
11
12
13

ROGER ALLAN STEWART,

          Plaintiff,

  v.

M&T MORTGAGE CORPORATION, et al.,

          Defendants.

CASE NO. C12-5741 BHS

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION FOR RATIFICATION

14
15
16
17
18
19
20
21
22

      This matter comes before the Court on Plaintiff Roger Allan Stewart's ("Stewart") motion for reconsideration (Dkt. 26) and motion for ratification (Dkt. 27).

      On November 6, 2012, the Court granted Defendant Lawyers Title Insurance Company's motion to dismiss and *sua sponte* dismissed Stewart's complaint with prejudice against all parties because Stewart's complaint to quiet title was frivolous and completely without merit. Dkt. 24 at 3. Stewart's motion for reconsideration (Dkt. 26) is likewise without merit and therefore **DENIED**. Stewart's motion for ratification is filled

ORDER - 1

with cites, rules, and requests, yet it is completely without merit. Therefore, the Court **DENIES** Stewart's motion for ratification.

The Clerk is directed to make a separate entry on the docket stating that any further filings will become part of the electronic docket but will not be considered by the Court.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge